### OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

v.

### Gerald Mark ALSTON, Respondent.

### No. 684 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

Feb. 8, 2002.

### *ORDER*

PER CURIAM.

AND NOW, this 8th day of February, 2002, on certification by the Disciplinary Board that the Respondent, GERALD MARK ALSTON, who was suspended by Order of this Court dated September 4, 2001, for a period of three months, has filed a verified statement showing compliance with all the terms and conditions of the Order of Suspension and Rule 217, Pa.R.D.E., and there being no other outstanding order of suspension or disbarment, GERALD MARK ALSTON, is hereby reinstated to active status, effective immediately.

### OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

v.

### Dean Ian WEITZMAN, Respondent.

### No. 563 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

Feb. 8, 2002.

### *ORDER*

PER CURIAM.

AND NOW, this 8th day of February, 2002, upon consideration of the Report and Recommendations of the Disciplinary Board dated December 10, 2001, it is hereby

ORDERED that DEAN IAN WEITZMAN be and he is SUSPENDED from the Bar of this Commonwealth for a period of three (3) years retroactive to March 13, 2000 and he shall comply with all the provisions of Rule 217 Pa.R.D.E.

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.